No. 617. OREGON-WASHINGTON RAILROAD & NAVIGATION COMPANY *v.* J. B. McGINN. December 13, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. A. C. Spencer, Mr. C. E. Cochran* and *Mr. John F. Reilly* for petitioner. *Mr. R. L. Edmiston* for respondent.

———

No. 629. WILLIAM R. CASTLE ET AL., TRUSTEES, ETC. *v.* JULIA WHITE CASTLE. December 13, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. A. G. Robertson* for petitioners. No appearance for respondent.

———

No. 635. NG FUNG HO, OTHERWISE KNOWN AS UNG KIP, ET AL. *v.* EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION FOR THE PORT OF SAN FRANCISCO. December 13, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Jackson H. Ralston* and *Mr. George W. Hott* for petitioners. No brief filed for respondent.

———

No. 672. CARLISLE PACKING COMPANY *v.* OLE SANDANGER. January 24, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Washington granted. *Mr. James A. Kerr* and *Mr. Evan S. McCord* for petitioner. No appearance for respondent.